# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG SZEMPLE,<br><br>　　　　　*Plaintiff,*<br><br>v.<br><br>RUTGERS UNIVERSITY, et al.,<br><br>　　　　　*Defendants.* | Civil Action Nos.:<br>3:19-cv-12746 (PGS)(DEA)<br>3:19-cv-13300 (PGS)(DEA)<br><br>**ORDER** |

**WHEREAS** on May 21, 2019, Plaintiff Craig Szemple ("Plaintiff") commenced two civil lawsuits in the District Court of New Jersey: (1) civil action no. 19-cv-12746, filed in the Trenton Vicinage and (2) civil action no. 19-cv-13300, filed in the Newark Vicinage; and

**WHEREAS** both actions involve similar parties and appear to have overlapping facts, claims and defenses; and

**WHEREAS** on April 27, 2023, civil action no. 19-cv-13300 was reassigned to the undersigned and Magistrate Judge Douglas E. Arpert; and

**WHEREAS** on May 18, 2023, the Court granted Plaintiff's Motion to Appoint Pro Bono Counsel and ordered, among other things, that counsel be appointed for the limited purpose of ascertaining whether the two actions are duplicative and the latter Complaint should be dismissed (ECF No. 51); and

**WHEREAS** the Court held a telephonic conference call on June 1, 2023 to address consolidation of the two actions;

**WHEREAS** *pro bono* counsel for Plaintiff had not been appointed and therefore was not in attendance at the June 1, 2023 conference call; and

**WHEREAS** counsel for defendants who were in attendance at the June 1, 2023 call required additional time to address the issue of consolidation; and

**WHEREAS** the Court ordered orally that another conference be held on June 15, 2023 at 10:30 a.m.; and

**WHEREAS** shortly after the conference call with the parties, on June 1, 2023, the undersigned had discussions with Magistrate Judge Arpert regarding the two actions:

**IT IS** on this 1st day of June, 2023;

**ORDERED** that the Court's oral order setting another telephone conference on June 15, 2023 at 10:30 a.m. is hereby **VACATED**; and

**ORDERED** that all matters concerning the management of the two cases, nos. 19-cv-12746 (PGS)(DEA) and 19-cv-13300 (PGS)(DEA) are hereinafter referred to Magistrate Judge Arpert.

PETER G. SHERIDAN, U.S.D.J.