

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

Direct Dial: 908-252-4303
Email: mcwells@norris-law.com

May 9, 2024

**VIA ECF**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, Court Room 1
Trenton, New Jersey 08608

      Re:     Szemple v. Rutgers University, et al.
               Case No. 3:19-cv-12746 (PGS)

Dear Judge Sheridan:

      This office represents Defendants Rutgers, the State University of New Jersey "Rutgers" and University Correctional Healthcare ("UCHC") in the above-referenced matter. The parties submit this joint status report pursuant to the Court's February 28, 2024 Text Order.

      Pursuant to the February 28, 2024 Text Order, counsel for Plaintiff served Defendants with a Notice to Produce documents on March 12, 2024. Defendants Rutgers and UCHC served responses to same on April 15, 2024. Counsel for the DOC Defendants is preparing a Confidentiality and Protective Order, and upon execution of same will be producing documents in response to Plaintiff's document request.

      We thank Your Honor for the Court's time and attention to this matter.

Very truly yours,

*/s/ Matthew C. Wells*
Matthew C. Wells

Cc:    All Counsel of Record (via ECF)

