**BlumeForte**
ATTORNEYS AT LAW

BLUME, FORTE, ZERRES, MOLINARI
MAKOWICZ, ELWOOD, ZENNA & FELDMAN, PC

ATTORNEYS AT LAW

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ◆
MICHAEL B. ZERRES ◆
JOHN E. MOLINARI ◆
MITCHELL J. MAKOWICZ, JR. ◆
JEFFREY J. ZENNA ◆
KENNETH W. ELWOOD ◆
HARRIS S. FELDMAN ◆
RICHARD J. VILLANOVA ◆
NORBERTO A. GARCIA ◆
ABRAHAM N. MILLGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL
JOHN A. BURKE
JONATHAN M. RAWSON

◆ Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

OF COUNSEL
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
FREDERICK D. MICELI ◆

ONE MAIN STREET
CHATHAM, NJ  07928-0924

WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ
NORTH BERGEN, NJ
SEA GIRT, NJ

December 16, 2025

**VIA ECF/PACER**
U.S.M.J. Justin T. Quinn, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **RE:** **Civil Action No. 19-12746 (RK) (JTQ)**
> **Szemple v. Rutgers University, et al.**
>
> **Civil Action No. 19-13300 (ZNQ) (JTQ)**
> **Szemple v. Lanigan, et al.**
>
> **Our File No.: 2301851**

Dear Judge Quinn,

As limited pro bono counsel for Plaintiff, I write to update the Court regarding the medical records Your Honor directed me to provide to plaintiff. The records were prepared and sent to Mr. Szemple as instructed; however, shortly thereafter, he was transferred to multiple facilities.

Despite repeated efforts to confirm delivery—including contacting administrative staff at each facility—the records have not been verified as received. Each transfer has required redirection through closed internal mail systems, which has caused significant delays without a real sense of progress.

We understand Mr. Szemple is currently housed at Trenton State Prison, but confirmation remains pending. My office will continue working to ensure he receives the records and will keep the Court informed.



Thank you for your Honor's time and attention to this matter.

Respectfully Submitted,

*/s/ Harris S. Feldman*

HARRIS S. FELDMAN

HSF/btv