CRAIG F. SZEMPLE, PRO SE
T29710A — NJSP
PO B 861
TRENTON, NJ 08625

JUNE 1, 2026

**RECEIVED**

JUN - 5 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

CLERK
US DISTRICT COURT
402 EAST STATE ST
TRENTON, NJ 08608

RE: SZEMPLE v. RUTGERS, et al
3:19-12746-RK-JTQ

SZEMPLE V. RUTGERS, et al
3:19-13300-ZNQ-JTQ

DEAR HON. CLERK:

PLEASE FILE THE ENCLOSED LETTERS TO THE HON. JUSTIN T. QUINN, USMJ IN REFERENCE TO THE ABOVE MATTERS, WHICH I WROTE TO THE COURT IN APRIL AND SENT TO YOUR GOOD OFFICE AS REQUIRED.

THANK YOU VERY MUCH FOR YOUR HELP IN THESE SERIOUS MATTERS.

MOST SINCERELY YOURS,

Craig Szemple, Pro Se
CRAIG SZEMPLE

c: LETTERS TO JUDGE QUINN, USMJ

CRAIG F. SZEMPLE, Pro Se
729710-A - NJSP
PO B 861
TRENTON NJ 08625

JUNE 1, 2026

HON. JUSTIN T. QUIAN, USMJ
U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

RE: SZEMPLE v RUTGERS, et al
3: 19-12746-RK-JTQ
SZEMPLE v RUTGERS, et al
3: 19-13300-ZNQ-JTQ
APPOINTMENT OF PRO BONO COUNSEL

DEAR HON. JUDGE QUINN:

I AM WRITING AGAIN, TO INFORM THE COURT THAT CIRCUMSTANCES SURROUNDING THE ABOVE MATTERS AND MY HEALTH ISSUES, WHICH HAVE RENDERED ME 100% DISABLED, I AM AGAIN HUMBLY REQUESTING YOUR GOOD COURT TO APPOINT ME COUNSEL, TO TAKE THESE SERIOUS MATTERS TO FRUITION. BETWEEN MY SEVERE CORONARY ARTERY DISEASE AND THE SERVICE CONNECTED DISABILITIES INCURRED IN SERVICE TO OUR NATION, I AM A 69 YR OLD PRISONER IN NEED OF COUNSEL.

FURTHERMORE, THE PRISON HAS ME CONFINED TO M.C.U. WITH NO CHARGES ASIDE FROM INFLUENZA AND THIS MEANS NO LAW LIBRARY FOR ME.

THANK YOU IN ADVANCE AND MAY GOD BLESS THE COURT AND OUR NATION.

Sincerely,

Craig Szemple

I AM still NOT GETTING THE RECORDS
REFERENCED TO By THE ENCLOSED letter FROM
Mr. Feldman. esq. WITH an attorney perhaps
I would CET TO SEE THE RECORDS?

C: 12-16-25 B/vme Fonte letter

2

# BlumeForte

## ATTORNEYS AT LAW

BLUME, FORTE, ZERRES, MOLINARI
MAKOWICZ, ELWOOD, ZENNA & FELDMAN, PC

ATTORNEYS AT LAW

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ◆
MICHAEL B. ZERRES ◆
JOHN E. MOLINARI ◆
MITCHELL J. MAKOWICZ, JR. ◆
JEFFREY J. ZENNA ◆
KENNETH W. ELWOOD ◆
HARRIS S. FELDMAN ◆
RICHARD J. VILLANOVA ◆
NORBERTO A. GARCIA ◆
ABRAHAM N. MILLGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL
JOHN A. BURKE
JONATHAN M. RAWSON

◆Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

OF COUNSEL
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
FREDERICK D. MICELI◆

ONE MAIN STREET
CHATHAM, NJ 07928-0924

WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ
NORTH BERGEN, NJ
SEA GIRT, NJ

December 16, 2025

**VIA ECF/PACER**
U.S.M.J. Justin T. Quinn, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **RE:    Civil Action No. 19-12746 (RK) (JTQ)**
> **Szemple v. Rutgers University, et al.**
>
> **Civil Action No. 19-13300 (ZNQ) (JTQ)**
> **Szemple v. Lanigan, et al.**
>
> **Our File No.: 2301851**

Dear Judge Quinn,

As limited pro bono counsel for Plaintiff, I write to update the Court regarding the medical records Your Honor directed me to provide to plaintiff. The records were prepared and sent to Mr. Szemple as instructed; however, shortly thereafter, he was transferred to multiple facilities.

Despite repeated efforts to confirm delivery—including contacting administrative staff at each facility—the records have not been verified as received. Each transfer has required redirection through closed internal mail systems, which has caused significant delays without a real sense of progress.

We understand Mr. Szemple is currently housed at Trenton State Prison, but confirmation remains pending. My office will continue working to ensure he receives the records and will keep the Court informed.

# BlumeForte

### ATTORNEYS AT LAW

### BLUME, FORTE, ZERRES, MOLINARI
### MAKOWICZ, ELWOOD, ZENNA & FELDMAN, PC

Thank you for your Honor's time and attention to this matter.

Respectfully Submitted,

*/s/ Harris S. Feldman*

HARRIS S. FELDMAN

HSF/btv

CRAIG SEMPLE
T39710A NJSP
PO 861
TRENTON, NJ
08625



TRENTON NJ

This item has been
mailed from a NJDOC
Correctional Facility

3 JUN 2026

**US POSTAGE**
**$000.74⁰**
First-Class - IMI
ZIP 08625
06/03/2026
036B 0011837735

RECEIVED

JUN - 5 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

CLERK
UNITED STATES DISTRICT COURT
402 EAST STATE ST
TRENTON, NJ
08608

LEGAL MAIL 08608-150705