**WHITE AND WILLIAMS, LLP**
KEVIN C. COTTONE (044261994)
1650 MARKET STREET, ONE LIBERTY PLACE, SUITE 1800
PHILADELPHIA, PA 19103
215-864-7108
ATTORNEYS FOR SAINT FRANCIS MEDICAL CENTER

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG FRANCIS SZEMPLE | : CIVIL ACTION |
| Plaintiff, | : 3:19-CV-12746-RK-JTQ |
| v. | : |
| | : Document Filed Electronically |
| GARY LANIGAN; RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY. UNIVERSITY CORRECTIONAL HEALTH CARE; DR. ART BREWER; DR. WILLIAM BRIGLIA; MICHELLE RICCI; GEORGE ROBINSON; DR. SANDRA CONNELLY; DR. SHARMALIE PERERA; NURSE REGISTER; APN LATIA FEDEI; ST. FRANCIS MEDICAL CENTER, JOHN DOE ##1-3; and JANE DOE ##1-2, individually, jointly, and severally, | : **NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AS TO DEFENDANT ST. FRANCIS MEDICAL CENTER FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| Defendants. | : |

TO:    Craig F. Szemple, SBI#729710A
       New Jersey State Prison
       P.O. Box 861
       Trenton, NJ 08625

       Nicholas Francis Pellitta, Esq.
       Norris McLaughlin, P.A. NJ
       400 Crossing Boulevard
       8th Floor
       Bridgewater, NJ 08807

       Evan Armstrong, Esq.
       Michael A. Armstrong & Associates
       79 Mainbridge Ln
       Willingboro, NJ 08046

51992795v.1

-2-

Esad Amir Metjahic, Esquire
MacNeill O'Neill & Riveles LLC
240 Cedar Knolls Road
Suite 104
Cedar Knolls, NJ 07927

**PLEASE TAKE NOTICE** that Defendant, Saint Francis Medical Center (hereafter, "SFMC"), by and through its counsel, White and Williams, LLP, respectfully submits the following motion to dismiss with prejudice Plaintiff's First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, SFMC submits and relies upon the attached motion, brief, and supporting Certification of Kevin C. Cottone, Esq. filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is filed herewith.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: _____

Kevin C. Cottone, Esquire
1650 Market Street | One Liberty Place,
Suite 1800 |
Philadelphia, PA 19103-7395
Phone: 215.864.7000
Attorneys for Defendant,
Saint Francis Medical Center

Dated: June 10, 2026

-2-

51992795v.1