# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CRAIG FRANCIS SZEMPLE

             Plaintiff,

    v.

GARY LANIGAN; RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY. UNIVERSITY CORRECTIONAL HEALTH CARE; DR. ART BREWER; DR. WILLIAM BRIGLIA; MICHELLE RICCI; GEORGE ROBINSON; DR. SANDRA CONNELLY; DR. SHARMALIE PERERA; NURSE REGISTER; APN LATIA FEDEI; ST. FRANCIS MEDICAL CENTER, JOHN DOE ##1-3; and JANE DOE ##1-2, individually, jointly, and severally,

             Defendants.

CIVIL ACTION

3:19-CV-12746-RK-JTQ

Document Filed Electronically

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S FIRST AMENDED COMPLAINT AS TO DEFENDANT, SAINT FRANCIS MEDICAL CENTER**

This matter having been opened to the Court upon motion by Defendant, Saint Francis Medical Center, by and through its attorneys, White and Williams, LLP, seeking an Order dismissing with prejudice Plaintiff's First Amended Complaint against Saint Francis Medical Center for failure to state a claim pursuant to Fed. R. Civ. P. 12 (b)(6), and the Court having reviewed Saint Francis Medical Center's papers, and any opposition entered thereto, and for good cause shown:

    **IT IS** on this _____ day of _____, 2026, hereby **ORDERED:**

    1.    Defendant Saint Francis Medical Center's motion to dismiss with prejudice Plaintiff's First Amended Complaint is hereby GRANTED; and

    2.    Any and all claims against Defendant Saint Francis Medical Center are hereby DISMISSED with prejudice.

-11-

-12-

BY THE COURT:

_____

Hon. Justin T. Quinn, U.S.D.J.

51992795v.1