## CERTIFICATE OF SERVICE

I, Kevin C. Cottone, Esquire, attorney for Defendant, Saint Francis Medical Center, hereby certify that a true and correct copy of Defendant's Motion to Dismiss was served on June 10, 2026 upon the following, via electronic service:

Nicholas Francis Pellitta, Esq.
Norris McLaughlin, P.A. NJ
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807

Esad Matjahic, Esq.
MacNeill O'Neill & Riveles LLC
240 Cedar Knolls Road
Suite 104
Cedar Knolls, NJ 07927

Evan Armstrong, Esq.
Michael A. Armstrong & Associates
79 Mainbridge Ln
Willingboro, NJ 08046

And via Regular and Certified Mail, Return Receipt Requested to:

Craig F. Szemple, SBI#729710A
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

_____ _____
Kevin C. Cottone, Esquire.

51992795v.1