UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

7-16-2026

CLERK, HONORABLE
UNITED STATES DISTRICT COURT
402 EAST STATE STREET,
ROOM 2020
TRENTON, NJ 08608

RECEIVED
JUL 22 2026
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
M

CIVIL ACTIONS
SZEMPLE vs. RUTGERS, et al
NO: 3:19 cv 13300-ZNQ-JTQ

SZEMPLE vs. RUTGERS, et al
NO: 3:19 cv 12746, RK-JTQ

DEAR HON. CLERK:

I AM ENCLOSING 2 LETTER BRIEFS IN LIEV OF A MORE FORMAL MOTIONS/BRIEFS, FOR APPOINTMENT OF PRO BONO COUNSEL FOR THE ABOVE MATTERS, COMBINED.

PLEASE PROCESS THE ENCLOSED AND ACCEPT MY GRATITUDE FOR YOUR ONGOING PROFESSIONALISM AND ASSISTANCE WHEN AND WHERE IS WAS NEEDED IN THESE SUING MATTERS.

AGAIN, THANK YOU VERY MUCH AND MAY GOD BLESS THE GOOD COURT.

MOST SINCERELY YOURS,

Craig Szemple, Pro Se

CRAIG F. SZEMPLE

c: File