ATTORNEYS AT LAW

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ◆
MICHAEL B. ZERRES ◆
JOHN E. MOLINARI ◆
MITCHELL J. MAKOWICZ, JR. ◆
JEFFREY J. ZENNA ◆
KENNETH W. ELWOOD ◆
HARRIS S. FELDMAN ◆
RICHARD J. VILLANOVA ◆
NORBERTO A. GARCIA ◆
ABRAHAM N. MILLGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL
JOHN A. BURKE
JONATHAN M. RAWSON

◆Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

# BlumeForte

### ATTORNEYS AT LAW

BLUME, FORTE, ZERRES, MOLINARI
MAKOWICZ, ELWOOD, ZENNA & FELDMAN, PC

January 20, 2026

OF COUNSEL
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
FREDERICK D. MICELI◆

ONE MAIN STREET

CHATHAM, NJ 07928-0924

WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ
NORTH BERGEN, NJ
SEA GIRT, NJ

**VIA ECF/PACER**

U.S.M.J. Justin T. Quinn, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE:     **Civil Action No. 19-12746 (RK) (JTQ)**
        **Szemple v. Rutgers University, et al.**

        **Civil Action No. 19-13300 (ZNQ) (JTQ)**
        **Szemple v. Lanigan, et al.**

        **Our File No.: 2301851**

Dear Honorable Judge Quinn,

I write in my capacity as court-appointed *pro bono* counsel for Plaintiff Szemple appointed for the limited purpose of advising whether Plaintiff's legal malpractice claims could be supported by an affidavit of merit under New Jersey law.

Since the Court's appointment, the Supreme Court of the United States has issued a decision in Berk v. Choi, 607 U.S. ___ (2026), holding that a state-law affidavit-of-merit requirement—there, under Delaware law—does not apply to medical malpractice claims brought in federal court. The Supreme Court's ruling in Berk makes clear that such affidavit requirements are inapplicable in this context.

In light of that decision, the legal question for which undersigned counsel was appointed has now been definitively resolved. Plaintiff's malpractice claims are not subject to an affidavit-of-merit requirement, and no further analysis or advisement on that issue is necessary.

# Blume**Forte**

### ATTORNEYS AT LAW

BLUME, FORTE, ZERRES, MOLINARI
MAKOWICZ, ELWOOD, ZENNA & FELDMAN, PC

Accordingly, undersigned counsel respectfully requests that the Court find that the limited-purpose *pro bono* appointment has been completed and that counsel be relieved of further responsibility in this matter.

Thank you for the Court's consideration.

Respectfully Submitted,

HARRIS S. FELDMAN

HSF/btv