CRAIG SZEMPLE
729710A NJSP
POB 861
TRENTON, NJ
08625



X-RAYED

This item has been
mailed from a NJDOC
Correctional Facility



US POSTAGE
$001.07º
First-Class - IMI
ZIP 08625
07/20/2026
036B 0011837735

RECEIVED
AT 8:30    JUL 22 2026
CLERK, U.S. DISTRICT COURT - DNJ
M

CLERK
UNITED STATES DISTRICT COURT
402 EAST STATE STREET

TRENTON, NJ          08608

TIME SENSITIVE

LEGAL MAIL

This item has been
mailed from a NJDOC
Correctional Facility